# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 18-22137-DOB |
| | § | |
| MULHOLLAND INVESTMENT | § | |
| PROPERTIES, LLC | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Daniel C. Himmelspach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $153,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,226.51 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $4,302.49 | | |

3)      Total gross receipts of $5,529.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,529.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,302.49 | $4,302.49 | $4,302.49 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $11,107.21 | $3,107.21 | $3,107.21 | $1,226.51 |
| **Total Disbursements** | $11,107.21 | $7,409.70 | $7,409.70 | $5,529.00 |

4). This case was originally filed under chapter 7 on 11/08/2018. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2020          By:   /s/ Daniel C. Himmelspach
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Chemical Bank Checking 2265 | 1129-000 | $65.04 |
| Rents | 1222-000 | $4,813.96 |
| Security Deposit | 1222-000 | $650.00 |
| **TOTAL GROSS RECEIPTS** | | $5,529.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


## EXHIBIT 3 – SECURED CLAIMS
NONE


## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Daniel C. Himmelspach, Trustee, Trustee | 2100-000 | NA | $1,302.90 | $1,302.90 | $1,302.90 |
| Daniel C. Himmelspach, Trustee, Trustee | 2200-000 | NA | $196.50 | $196.50 | $196.50 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $1.89 | $1.89 | $1.89 |
| Future Insurance Agency Inc | 2420-750 | NA | $101.20 | $101.20 | $101.20 |
| Isabella Bank | 2990-000 | NA | $700.00 | $700.00 | $700.00 |
| Daniel C. Himmelspach, Attorney for Trustee | 3110-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,302.49 | $4,302.49 | $4,302.49 |


## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Krystal C. Danielak | 7100-000 | $1,891.08 | $1,891.08 | $1,891.08 | $1,005.04 |
| 2 | CONSUMERS ENERGY COMPANY | 7100-000 | $416.71 | $416.71 | $416.71 | $221.47 |
| 3 | CONSUMERS ENERGY COMPANY | 7200-000 | $799.42 | $799.42 | $799.42 | $0.00 |
| | City of Bay City | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Independent Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Isabella Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Thomas Mulholland | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,107.21 | $3,107.21 | $3,107.21 | $1,226.51 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 18-22137-DSO |
| **Case Name:** | MULHOLLAND INVESTMENT PROPERTIES, LLC |
| **For the Period Ending:** | 8/6/2020 |

| | |
|---|---|
| **Trustee Name:** | Daniel C. Himmelspach |
| **Date Filed (f) or Converted (c):** | 11/08/2018 (f) |
| **§341(a) Meeting Date:** | 12/17/2018 |
| **Claims Bar Date:** | 08/06/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 513 State Street, Bay City | $65,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 2 | 204 W. Thomas | $38,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 3 | 401 S. Adams, Zilwaukee | $45,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 2/25/19) | | | | | |
| 4 | 206 W. Thomas, Bay City-Empty Lot | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | Chemical Bank Checking 2265 | $600.00 | $65.04 | | $65.04 | FA |
| 6 | Rents                    (u) | $0.00 | $4,813.96 | | $4,813.96 | FA |
| 7 | Security Deposit          (u) | $0.00 | $650.00 | | $650.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| $153,600.00 | $5,529.00 | | $5,529.00 | $0.00 |
|---|---|---|---|---|

---

**Major Activities affecting case closing:**

| 03/15/2019 | Realtor appointed February 13, 2019. Several properties abandoned and continuing to liquidate remaining properties, and/or abandon. |
|---|---|
| 12/30/2018 | Case open to liquidate real properties. |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2019 |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2020 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 18-22137-DSO | | | **Trustee Name:** | Daniel C. Himmelspach |
| **Case Name:** | MULHOLLAND INVESTMENT PROPERTIES, LLC | | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6054 | | | **Checking Acct #:** | ******3701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 11/8/2018 | | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/6/2020 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2019 | (6) | Thomas Mulholland | Rents | 1222-000 | $3,038.96 | | $3,038.96 |
| 02/27/2019 | 3001 | Future Insurance Agency Inc | 513 & 513 1/2 State St. Bay City, MI 48706 Acct. No. 008544647 | 2420-750 | | $101.20 | $2,937.76 |
| 03/05/2019 | (5) | Mulholland Investment Properties | Funds from Account | 1129-000 | $65.04 | | $3,002.80 |
| 03/25/2019 | (6) | Mulholland Investment Properties LLC | Rents Received | 1222-000 | $475.00 | | $3,477.80 |
| 04/25/2019 | (6) | Mulholland Investment Properties LLC | Rental Income | 1222-000 | $1,300.00 | | $4,777.80 |
| 04/25/2019 | (7) | Mulholland Investment Properties LLC | Security Deposit | 1222-000 | $650.00 | | $5,427.80 |
| 12/02/2019 | 3002 | Insurance Partners Agency, Inc. | 2019 Blanket Bond | 2300-000 | | $1.89 | $5,425.91 |
| 04/01/2020 | 3003 | Daniel C. Himmelspach, Trustee | Trustee Compensation p/o 4/1/20 | 2100-000 | | $1,302.90 | $4,123.01 |
| 04/01/2020 | 3004 | Daniel C. Himmelspach, Trustee | Trustee Expenses p/o 4/1/20 | 2200-000 | | $196.50 | $3,926.51 |
| 04/01/2020 | 3005 | Daniel C. Himmelspach | Attorney for Trustee Compensation p/o 4/1/20 | 3110-000 | | $2,000.00 | $1,926.51 |
| 04/01/2020 | 3006 | Krystal C. Danielak | Claim #: 1; | 7100-000 | | $1,005.04 | $921.47 |
| 04/01/2020 | 3007 | CONSUMERS ENERGY COMPANY | Claim #: 2; | 7100-000 | | $221.47 | $700.00 |
| 04/01/2020 | 3008 | Isabella Bank | Claim #: 4; | 2990-000 | | $700.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $5,529.00 | $5,529.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $5,529.00 | $5,529.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5,529.00 | $5,529.00 | |

**For the period of  11/8/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $5,529.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,529.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,529.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,529.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/08/2019 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $5,529.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,529.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,529.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $5,529.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-22137-DSO | | Trustee Name: | Daniel C. Himmelspach |
| Case Name: | MULHOLLAND INVESTMENT PROPERTIES, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6054 | | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/8/2018 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 8/6/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,529.00 | $5,529.00 | $0.00 |

**For the period of 11/8/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $5,529.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,529.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,529.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,529.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/08/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $5,529.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,529.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,529.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,529.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH

Chapter 7 Trustee

PO Box 5856

Saginaw, MI 48603

Tel: (989) 790-0400

trusteehimmelspach@gmail.com